IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 10-166 |
| v. | ) (18 U.S.C. §§ 241, 844(h)(1), |
| | ) and 2; 42 U.S.C. § 3631) |
| MICHAEL FRANCIS BEALONIS | ) |
| MICHAEL DUANE BRACKEN | ) [UNDER SEAL] |
| KENNETH PAUL STIFFEY, JR. | ) |

FILED
AUG 2 4 2010
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INDICTMENT

COUNT ONE

The grand jury charges:

On or about November 14, 2009, in the Western District of Pennsylvania, the defendants, MICHAEL FRANCIS BEALONIS, MICHAEL DUANE BRACKEN, and KENNETH PAUL STIFFEY, JR., did willfully combine, conspire, and agree with one another, with a juvenile, and with persons known and unknown to the grand jury, to injure, oppress, threaten, and intimidate an African-American juvenile victim whose identity is known to the grand jury, in the free exercise and enjoyment of a right secured to the victim by the Constitution and laws of the United States; that is, the right to occupy a dwelling free from injury, intimidation, and interference based on race.

It was part of the plan and purpose of this conspiracy that BEALONIS, BRACKEN, STIFFEY, and their co-conspirators would construct a cross from wooden boards, transport the cross to the location of the victim's home, and burn the cross in the yard of the home occupied by the victim and his family, and thereby intimidate and interfere with the enjoyment and occupancy of the victim's home.

## OVERT ACTS

In furtherance of this conspiracy and to accomplish its objectives, the conspirators committed the following overt acts, among others, on or about November 14, 2009, within the Western District of Pennsylvania:

1. BRACKEN encouraged several acquaintances, including the juvenile co-conspirator, to help him build and burn a cross at the victim's house.

2. BRACKEN and the juvenile co-conspirator, while on property owned by the juvenile co-conspirator's family in Bolivar, Pennsylvania, built at least two crosses – one smaller and one larger – using wooden boards.

3. BRACKEN and the juvenile co-conspirator attached athletic socks along the upper portions of both crosses.

4. BRACKEN sprayed an accelerant on the crosses.

5. BRACKEN and the juvenile co-conspirator, while still on the property owned by the juvenile co-conspirator's family, lit the smaller cross on fire to see how well it would burn.

6. Several hours later, BEALONIS and STIFFEY drove together to the juvenile co-conspirator's property and discussed with BRACKEN and the juvenile co-conspirator plans to burn the larger cross in the yard of the victim.

7. BEALONIS and STIFFEY transported the larger cross to a garage owned by Stiffey's family in an adjacent town, in close proximity to the victim's house.

        8.    BRACKEN followed BEALONIS and STIFFEY to the Stiffey garage.

        9.    BEALONIS, STIFFEY, and BRACKEN discussed using gasoline on the cross.

        10.    BEALONIS and at least one other co-conspirator poured gasoline on the cross.

        11.    BEALONIS carried the cross to the victim's back yard and ignited the cross with a lighter.

        All in violation of Title 18, United States Code, Section 241.

## COUNT TWO

The grand jury also charges:

On or about November 14, 2009, in the Western District of Pennsylvania, the defendants, MICHAEL FRANCIS BEALONIS, MICHAEL DUANE BRACKEN, and KENNETH PAUL STIFFEY, JR., while aiding and abetting each other and being aided and abetted by at least one other person known to the grand jury, did by force and threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with the victim, who is an African-American juvenile, because of the victim's race, and because the victim was occupying a dwelling. This offense involved the use and attempted use of fire.

All in violation of Title 42, United States Code, Section 3631, and Title 18, United States Code, Section 2.

## COUNT THREE

The grand jury also charges:

On or about November 14, 2009, in the Western District of Pennsylvania, the defendants, MICHAEL FRANCIS BEALONIS, MICHAEL DUANE BRACKEN, and KENNETH PAUL STIFFEY, JR., while aiding and abetting each other and being aided and abetted by at least one other person known to the grand jury, did willfully use fire to commit a felony offense prosecutable in a court of the United States, namely, the felony offenses of Conspiracy Against Rights and Criminal Interference with the Right to Fair Housing, as charged in Counts One and Two of this Indictment and incorporated herein.

All in violation of Title 18 United States Code, Sections 844(h)(1) and 2.

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524