PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Michael Duane Bracken                     Docket No.     0315 2:10CR00166-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Michael Duane Bracken, who was placed under pretrial release supervision by the Honorable Cathy Bissoon sitting in the COURT at Pittsburgh, PA, on the 25th day of August, 2010, under conditions which included:

The defendant shall report to Pretrial Services, refrain from the use or unlawful possession of a narcotic drug or other controlled substance, and submit to drug testing/treatment as directed by Pretrial Services. The defendant was ordered not to tamper with the drug testing results.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant submitted urine samples from August 25, 2010, through September 13, 2010, all of which tested positive for the use of marihuana. The defendant submitted urine samples on September 16, 2010, and September 20, 2010, that were negative for the use of marihuana. However, a subsequent sample submitted on September 23, 2010, again tested positive for the use of marihuana.

PRAYING THAT THE COURT WILL ORDER THAT A HEARING BE SCHEDULED TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2010, and ordered filed and made a part of the records in the above case.

_____

Honorable Maurice B. Cohill
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____October 5, 2010_____

_Rebecca Guenther_
Rebecca Guenther
U.S. Pretrial Services/Probation Officer

_Kimberly D. Williams_
Kimberly D. Williams
Supervising U.S. Pretrial Services/Probation Officer

Place     Pittsburgh, PA