PROB 12B
(pawp 1/12)

# UNITED STATES DISTRICT COURT

for

## Western District Of Pennsylvania

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:     Michael Duane Bracken          Case Number:   0315 2:10CR00166-002

Name of Sentencing Judicial Officer:     The Honorable Alan N. Bloch

Date of Original Sentence:     September 26, 2011

Original Offense:     Conspiracy Against Rights

Original Sentence:     15 months imprisonment, followed by 3 years supervised release

Special Conditions:     Shall not possess a firearm or destructive device; Shall cooperate in collection
of DNA; Shall participate in testing and, if necessary, treatment for substance
abuse; $100 special assessment

Prior Court History:     None

Type of Supervision:     Supervised Release     Date Supervision Commenced:     6/11/2012

## PETITIONING THE COURT

☐ To extend the term of supervision for     years, for a total term of     years.
☒ To modify the conditions of supervision as follows:

The Probation Office is willing to fund the offender's education and training in the field of Welding. The
offender is in agreement and desires this training. He has signed a Probation Form 49, Waiver of Hearing
to Modify Conditions of Supervision imposing a special condition which requires him to participate in
and complete the educational program.

CAUSE

I declare under penalty of perjury that
the foregoing is true and correct.

Respectfully submitted,

by:

Dennis P. Martin
United States Probation Officer

Approved By:

Romona Clark
Supervising U.S. Probation Officer

Date:     January 16, 2013

THE COURT ORDERS:

☐ No action
☐ The extension of supervision as noted above.
☐ The modification of conditions as noted above.
☐ Other

_____
Alan N. Bloch
U.S. District Judge

_____
Date

PROB 49
(3/89)

# United States District Court

### Western District of Pennsylvania
### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

       I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

       I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The Offender shall participate in and successfully complete an educational services program, specifically, a Welding Course, funded by the U.S. Probation Office in the Western District of Pennsylvania.*


Witness: _____     Signed: _____
             Dennis Martin                        Michael D. Bracken
   United States Probation Officer
in the Western District of Pennsylvania         Probationer or Supervised Releasee


_____
1/16/2013
Date